Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>AIRPODS PRO STORE a/k/a MYGHD, AK2019JERSEY STORE, B2B_BEST_SELLER STORE, B2B_LIFE STORE, B2B_SELLERS STORE, BABYCLOTHONLINE STORE, BABYMISSFASHION STORE, BABYONLINE STORE, BABYONLINEDRESSES STORE, BEIJING2020 STORE, BEST_KITCHEN_HOME STORE, BESTDEALS! CHOOSE US CHOOSE TO W STORE a/k/a BESTDEALS, BESTHAIR2021 STORE, BESTHOME0816 STORE, BESTHOT2020 STORE, BESTSTORE2021 STORE, BIG_FAMILY_HOME STORE, CHICLOTH STORE, CHICMISSDAY STORE, CHILDRENDM5 STORE, CWMSPORTS STORE, DEARDRESSES STORE, DRESSAVE STORE, EARLYBIRDNO1 STORE, ENJOYSHOPPINGMART STORE a/k/a | **21-cv-8435 (LJL)**<br><br>[~~PROPOSED~~]<br>**UNSEALING ORDER** |

1

ENJOYWEDDINGLIFE, FASHION_HOME_BEST STORE, FASHION_WITH_YOU STORE, FASHIONTRENDSVIP1 STORE, GDF333DM STORE, GOOD_SUNGLASSES STORE, GUOQING003 STORE, HAT SCARF FACTORY STORE a/k/a SHUAIJINJIN_CHINA, HEALTHLIFES STORE, HIROHOME STORE, HOME NECESSITIES STORE a/k/a DHAMAZON, HOME_FOR_YOU STORE, HONEST_SELLER_2020 STORE, HOPE201812 STORE, HOPE201816 STORE, HOT WIND PROFESSIONAL WEDDING STORE, HOT_ITEMS_HOME STORE, KAVIPJERSEYS STORE, KAWS5 STORE, KEEPONSPORTS STORE, KITCHEN_FOR_YOU STORE, LETSPORTS STORE, LOUIS BAGS STORE a/k/a SHANGHAI2008, LOVE_FASHION_HOME STORE, LSPORTSTAR STORE, MISSHOWDRESS STORE, MOZHE STORE, MYSHOP6 STORE, NEW_ITEMS_HOME STORE, NICHIORVE STORE, OFFICESUPPLY STORE, ONE-STOPOS CHINA WEDDING DRESS MANUFACTURER STORE, ONLYSTORE101 STORE, PROMOTIONSPACE STORE, PSG ANDD1Y TOP STORE a/k/a AMZBOOK, PUSH BUBBLE STORE a/k/a PARK888, SHES_SHOW STORE, SIHUAI08 STORE, SONICE7788 STORE, SPINNERTOYS STORE, SPRINGWEDDING STORE, SPRITEHUANG119 STORE, SUPERSTAR009 STORE, TANGCHAO11 STORE, TOPBRILIANT2020 STORE, TOYSMALL666 STORE, TOYWHOLESALE_STORE STORE, TRENDOFF2 STORE, WHOLESALEFACTORY

2

| |
|---|
| PROFESSIONAL STORE, WHOLESALESTORE2021 STORE, WIFEHOME STORE, WINBAR STORE, WIRELESS EARPHONES STORE a/k/a ARMY, WUYIFAN93 STORE, XYLOVEHOME STORE and ZHEBAN STORE, <br><br>*Defendants* |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __15th__ day of __March__, 2022, at __5:00__ p .m.
New York, New York

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

3