UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KELLY TOYS HOLDINGS, LLC,                                          :
:
                   Plaintiff,                                :
:      21-cv-8435 (LJL)
     -v-                                                          :
:      ORDER
AIRPODS PRO STORE, et al.,                                         :
:
                   Defendants.                               :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As stated at the conference on March 7, 2022, the Court will hold a hearing on the pending motions for default judgment on May 16, 2022, at 2:00p.m. The parties are directed to use the Court's teleconference line at 888-251-2909 and use access code 2123101.

      SO ORDERED.

Dated: May 13, 2022
       New York, New York

                                             LEWIS J. LIMAN
                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/13/2022