Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Kelly Toys Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KELLY TOYS HOLDINGS, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> AIRPODS PRO STORE a/k/a MYGHD, AK2019JERSEY STORE, B2B_BEST_SELLER STORE, B2B_LIFE STORE, B2B_SELLERS STORE, BABYCLOTHONLINE STORE, BABYMISSFASHION STORE, BABYONLINE STORE, BABYONLINEDRESSES STORE, BEIJING2020 STORE, BEST_KITCHEN_HOME STORE, BESTDEALS! CHOOSE US CHOOSE TO W STORE a/k/a BESTDEALS, BESTHAIR2021 STORE, BESTHOME0816 STORE, BESTHOT2020 STORE, BESTSTORE2021 STORE, BIG_FAMILY_HOME STORE, CHICLOTH STORE, CHICMISSDAY STORE, CHILDRENDM5 STORE, CWMSPORTS STORE, DEARDRESSES STORE, DRESSAVE STORE, EARLYBIRDNO1 STORE, ENJOYSHOPPINGMART STORE a/k/a ENJOYWEDDINGLIFE, FASHION_HOME_BEST STORE, FASHION_WITH_YOU STORE, FASHIONTRENDSVIP1 STORE, GDF333DM STORE, GOOD_SUNGLASSES STORE, | **CIVIL CASE NO. 21-cv-8435 (LJL)** <br><br> **ORDER FOR RETURN OF** <br><br> **SECURITY BOND** |

GUOQING003 STORE, HAT SCARF FACTORY STORE a/k/a SHUAIJINJIN_CHINA, HEALTHLIFES STORE, HIROHOME STORE, HOME NECESSITIES STORE a/k/a DHAMAZON, HOME_FOR_YOU STORE, HONEST_SELLER_2020 STORE, HOPE201812 STORE, HOPE201816 STORE, HOT WIND PROFESSIONAL WEDDING STORE, HOT_ITEMS_HOME STORE, KAVIPJERSEYS STORE, KAWS5 STORE, KEEPONSPORTS STORE, KITCHEN_FOR_YOU STORE, LETSPORTS STORE, LOUIS BAGS STORE a/k/a SHANGHAI2008, LOVE_FASHION_HOME STORE, LSPORTSTAR STORE, MISSHOWDRESS STORE, MOZHE STORE, MYSHOP6 STORE, NEW_ITEMS_HOME STORE, NICHIORVE STORE, OFFICESUPPLY STORE, ONE-STOPOS CHINA WEDDING DRESS MANUFACTURER STORE, ONLYSTORE101 STORE, PROMOTIONSPACE STORE, PSG ANDD1Y TOP STORE a/k/a AMZBOOK, PUSH BUBBLE STORE a/k/a PARK888, SHES_SHOW STORE, SIHUAI08 STORE, SONICE7788 STORE, SPINNERTOYS STORE, SPRINGWEDDING STORE, SPRITEHUANG119 STORE, SUPERSTAR009 STORE, TANGCHAO11 STORE, TOPBRILIANT2020 STORE, TOYSMALL666 STORE, TOYWHOLESALE_STORE STORE, TRENDOFF2 STORE, WHOLESALEFACTORY PROFESSIONAL STORE, WHOLESALESTORE2021 STORE, WIFEHOME STORE, WINBAR STORE, WIRELESS EARPHONES STORE a/k/a ARMY, WUYIFAN93 STORE, XYLOVEHOME STORE and ZHEBAN STORE,

*Defendants*

The Court, having directed the Clerk of Court to close this case, hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1)  The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

**SO ORDERED.**

SIGNED this __30th__ day of _____March_____, 2026, at __9:30__ __a.m.

HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE